People v Gunn (2022 NY Slip Op 07411)

People v Gunn

2022 NY Slip Op 07411

Decided on December 23, 2022

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 23, 2022

PRESENT: SMITH, J.P., LINDLEY, NEMOYER, CURRAN AND MONTOUR, JJ. (Filed Dec. 23, 2022.) 

MOTION NO. (1568/06) KA 05-00836.

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT, 
v
DARRELL GUNN, DEFENDANT-APPELLANT.

MEMORANDUM AND ORDER Motion for writ of error coram nobis denied.